UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:23-cv-02745-MSS-TGW

HOWARD COHAN,

    Plaintiff,

vs.

SANDPIPER LAKELAND LLC,
d/b/a RESIDENCE INN LAKELAND,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, HOWARD COHAN ("Plaintiff") and Defendant, SANDPIPER LAKELAND LLC d/b/a RESIDENCE INN LAKELAND ("Defendant"), by and through undersigned counsel, pursuant to Local Rule 3.09, hereby give notice that Plaintiff and Defendant ("Parties") have reached an agreement in principle for the resolution of this matter and are in the process of finalizing the necessary written settlement documents. The Parties respectfully request that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30) days to finalize the necessary written settlement documents and file proper pleadings to close this matter out.

Dated this 16th day of May, 2024.

**Respectfully Submitted:**

BY: *s/ Jason S. Weiss*
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890
**WEISS LAW GROUP, P.A.**
5531 N. University Drive, Suite 103
Coral Springs, FL 33067
Tel: (954) 573-2800
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of May, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice to all counsel of record.

BY: *s/ Jason S. Weiss*
Jason S. Weiss